**BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: PROTON-PUMP INHIBITOR PRODUCTS LIABILITY LITIGATION (NO. II) | MDL Docket No. ______ |

**MOTION FOR TRANSFER OF ACTIONS TO THE DISTRICT COURT OF NEW JERSEY PURSUANT TO 28 U.S.C. § 1407 FOR COORDINATED OR CONSOLIDATED PRETRIAL PROCEEDINGS**

Pursuant to 28 USC § 1407 and Rule 6.2(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, Movants[1] respectfully request transfer and coordination for pretrial purposes of all currently filed cases identified in the included Schedule of Actions ("Actions"), as

[1] The Movants include the following plaintiffs with cases currently on file in the United States District Court for New Jersey (Newark Div.), before Judge Claire C. Cecchi: *Goodstein v. AstraZeneca Pharmaceuticals LP, et al.;* No. 2:16-cv-05143; *Spratt v. AstraZeneca Pharmaceuticals LP, et al.;* No. 2:16-cv-05523; *Garrison v. AstraZeneca Pharmaceuticals LP, et al.;* No. 2:17-cv-01207; *Elliott v. AstraZeneca Pharmaceuticals LP, et al.;* No. 2:17-cv-01413; *Savage v. AstraZeneca Pharmaceuticals LP, et al.;* No. 2:17-cv-00196; *Aubrey v. AstraZeneca Pharmaceuticals LP, et al.;* No. 2:17-cv-00201; *Toney v. AstraZeneca Pharmaceuticals LP, et al.;* No. 2:17-cv-00203; *Stewart v. AstraZeneca Pharmaceuticals LP, et al.*; No. 2:17-cv-00206; *Scott v. AstraZeneca Pharmaceuticals LP, et al.;* No. 2:17-cv-00208 *Lee v. AstraZeneca Pharmaceuticals LP, et al.;* No. 2:17-cv-00212; *Wilkerson v. AstraZeneca Pharmaceuticals LP, et al.;* No. 2:17-cv-00215; *Gutierrez v. AstraZeneca Pharmaceuticals LP, et al.;* No. 2:17-cv-00217; *Hudson v. AstraZeneca Pharmaceuticals LP, et al.;* No. 2:17-cv-00219; *Massengill v. AstraZeneca Pharmaceuticals LP, et al.;* No. 2:17-cv-00761; *Adkins v. AstraZeneca Pharmaceuticals LP, et al.;* No. 2:17-cv-00194; *Pierre v. AstraZeneca Pharmaceuticals LP, et al.;* No. 2:17-cv-00198; *Gilyard v. AstraZeneca Pharmaceuticals LP, et al.;* No. 2:17-cv-00202; *Watkins v. AstraZeneca Pharmaceuticals LP, et al.;* No. 2:17-cv-00204; *Graves v. AstraZeneca Pharmaceuticals LP, et al.;* No. 2:17-cv-00207; *Carruthers v. AstraZeneca Pharmaceuticals LP, et al.;* No. 2:17-cv-00211; *Wilburn v. AstraZeneca Pharmaceuticals LP, et al.;* No. 2:17-cv-00213; *Layton v. AstraZeneca Pharmaceuticals LP, et al.;* No. 2:17-cv-00216; *Hawkins v. AstraZeneca Pharmaceuticals LP, et al.;* No. 2:17-cv-00218; and *Lloyd v. AstraZeneca Pharmaceuticals LP, et al.;* No. 2:17-cv-00500.

well as any cases subsequently filed involving similar facts or claims ("tag along cases"), to the United States District Court for New Jersey (Newark Div.) before Judge Claire C. Cecchi.

There are one-hundred and seventy-two (172) known actions pending in thirty (30) different judicial districts in the United States alleging similar wrongful conduct on the part of Defendants, and the District of New Jersey has more actions pending than any other judicial district with sixty-two (62) actions currently on file. Transfer for pretrial consolidation and coordination is proper and necessary for the following reasons:

1. These Actions allege numerous causes of action relating to a defective class of drugs known as proton-pump inhibitors ("PPIs"). The claims include, but are not limited to, failure to warn, design defect, manufacturing defect, breach of warranty, and claims associated with conduct that imposes liability with the marketing and sale of PPIs.

2. There are currently one-hundred and seventy-two (172) known actions pending in thirty (30) district courts asserting similar claims, with sixty-two (62) of the actions pending in the District Court of New Jersey, Newark Division, before Judge Claire C. Cecchi. In particular, cases have been filed in Arizona, California, Florida, Georgia, Idaho, Illinois, Kansas, Kentucky, Louisiana, Maine, Maryland, Missouri, North Carolina, New Jersey, New York, Ohio, Oklahoma, Pennsylvania, South Carolina, Utah and West Virginia. Upon information and belief, Counsel for Movants anticipates that multiple additional complaints will be filed in the near future.

3. Each of these Actions arises out of the same or similar nucleus of operative facts, and all arise out of the same or similar alleged wrongful conduct.

4. Each of these Actions will involve the resolution of the same or similar questions of fact and law, as they all arise from Defendants' same and similar alleged wrongful conduct.

5. Discovery conducted in each of these Actions will be substantially similar and will involve the same documents and witnesses, because each Action arises from the same or similar

nucleus of operative facts. Therefore, no prejudice or inconvenience will result from the transfer, coordination and consolidation of the related Actions to the District Court of New Jersey, Newark Division.

For the reasons stated above, as well as in more detail in the accompanying Brief in Support, the transfer, coordination and consolidation of the Actions and subsequent tag along cases to the District Court of New Jersey, Newark Division, will promote and efficient administration of the Actions.

Accordingly, Plaintiff respectfully requests that the actions noted on the annexed Schedule of Actions be transferred to the District Court of New Jersey (Newark Div.) before Judge Claire C. Cecchi for consolidation and coordinated proceedings.

Dated: May 31, 2017

Respectfully submitted,

*/s/ Christopher A. Seeger*

Christopher A. Seeger
Jeffrey Grand
SEEGER WEISS LLP
77 Water Street
New York, New York 10005
Tel: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com
jgrand@seegerweiss.com

*Attorneys for Plaintiffs*

**COUNSEL FOR PLAINTIFFS IN THE FOLLOWING ACTIONS:**

*Goodstein v. AstraZeneca Pharmaceuticals LP, et al.;* 2:16-cv-05143 (D.N.J.)
*Spratt v. AstraZeneca Pharmaceuticals LP, et al.;* 2:16-cv-05523 (D.N.J.)
*Garrison v. AstraZeneca Pharmaceuticals LP, et al.;* 2:17-cv-01207 (D.N.J.)

*Elliott v. AstraZeneca Pharmaceuticals LP, et al.;* 2:17-cv-01413 (D.N.J.)

*Savage v. AstraZeneca Pharmaceuticals LP, et al.;* 2:17-cv-00196 (D.N.J.)

*Aubrey v. AstraZeneca Pharmaceuticals LP, et al.;* 2:17-cv-00201 (D.N.J.)

*Toney v. AstraZeneca Pharmaceuticals LP, et al.;* 2:17-cv-00203 (D.N.J.)

*Stewart v. AstraZeneca Pharmaceuticals LP, et al.;* 2:17-cv-00206 (D.N.J.)

*Scott v. AstraZeneca Pharmaceuticals LP, et al.;* 2:17-cv-00208 (D.N.J.)

*Lee v. AstraZeneca Pharmaceuticals LP, et al.;* 2:17-cv-00212 (D.N.J.)

*Wilkerson v. AstraZeneca Pharmaceuticals LP, et al.;* 2:17-cv-00215 (D.N.J.)

*Gutierrez v. AstraZeneca Pharmaceuticals LP, et al.;* 2:17-cv-00217 (D.N.J.)

*Hudson v. AstraZeneca Pharmaceuticals LP, et al.;* 2:17-cv-00219 (D.N.J.)

*Massengill v. AstraZeneca Pharmaceuticals LP, et al.;* 2:17-cv-00761 (D.N.J.)

*Adkins v. AstraZeneca Pharmaceuticals LP, et al.;* 2:17-cv-00194 (D.N.J.)

*Pierre v. AstraZeneca Pharmaceuticals LP, et al.;* 2:17-cv-00198 (D.N.J.)

*Gilyard v. AstraZeneca Pharmaceuticals LP, et al.;* 2:17-cv-00202 (D.N.J.)

*Watkins v. AstraZeneca Pharmaceuticals LP, et al.;* 2:17-cv-00204 (D.N.J.)

*Graves v. AstraZeneca Pharmaceuticals LP, et al.;* 2:17-cv-00207 (D.N.J.)

*Carruthers v. AstraZeneca Pharmaceuticals LP, et al.;* 2:17-cv-00211 (D.N.J.)

*Wilburn v. AstraZeneca Pharmaceuticals LP, et al.;* 2:17-cv-00213 (D.N.J.)

*Layton v. AstraZeneca Pharmaceuticals LP, et al.;* 2:17-cv-00216 (D.N.J.)

*Hawkins v. AstraZeneca Pharmaceuticals LP, et al.;* 2:17-cv-00218 (D.N.J.)

*Lloyd v. AstraZeneca Pharmaceuticals LP, et al.;* 2:17-cv-00500 (D.N.J.)