BEFORE THE JUDICIAL PANEL ON MULTI-DISTRICT LITIGATION

IN RE: PROTON-PUMP INHIBITOR
PRODUCTS LIABILITY LITIGATION              MDL No. 2789

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND (Southern Division)

| | | |
|---|---|---|
| LINDA SUE BURCH | : | |
| Plaintiff, | : | |
| v. | : | Civil No.: 8:17-cv-00970 |
| WYETH PHARMACEUTICALS, INC. | : | |
| AND | : | |
| PFIZER, INC. | : | |
| Defendants. | : | |

## CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2017, I electronically filed the foregoing Notice of Appearance with the Judicial Panel on Multi-District Litigation using the CM/ECF system, which will send notification of such filing to counsel for all parties.

Respectfully submitted,

**LAW OFFICES OF ANDREW N. SINDLER, LLC**

By:   /S/ Andrew N. Sindler, Esq.
Andrew N. Sindler, #16743
P.O. Box 1107
Severna Park, MD 21146
410-274-4777
410-480-7081 (Fax)
Andrewsindler@gmail.com
Attorneys for the Plaintiff