BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

In re Proton-Pump Inhibitor Products          MDL No. 2789
Liability Litigation

NOTICE OF RELATED ACTIONS

Plaintiffs, Mr. Gregory Riley, Ms. Everleaner Fuller, Mr. Joel Irick, and Ms. Brenda Jones, hereby alert the Judicial Panel on Multidistrict Litigation of the pendency of the following related action to the above captioned matter:

*Gregory Riley v. Wyeth, LLC, Wyeth Pharmaceuticals, Inc., Wyeth-Ayerst Laboratories, and Pfizer, Inc.,* United States District Court for the Eastern District of Pennsylvania, Case No. 2:17-cv-02121-GEKP.

*Everleaner Fuller v. Takeda Pharmaceuticals USA, Inc.; Takeda Pharmaceuticals America, Inc.; Takeda Development Center Americas, Inc; Takeda Pharmaceuticals International, Inc; and Takeda Pharmaceutical Company Limited,* United States District Court for the District of New Jersey, Case No. 2:17-cv-03455-CCC-MF.

*Joel Irick v. Takeda Pharmaceuticals USA, Inc.; Takeda Pharmaceuticals America, Inc.; Takeda Development Center Americas, Inc; Takeda Pharmaceuticals International, Inc; and Takeda Pharmaceutical Company Limited,* United States District Court for the District of New Jersey, Case No. 2:17-cv-03870-CCC-MF.

*Brenda Jones v. Wyeth, LLC, Wyeth Pharmaceuticals, Inc., Wyeth-Ayerst Laboratories, and Pfizer, Inc.,* United States District Court for the District of New Jersey, Case No. 2:17-cv-03873.

DATED: June 19, 2017

Respectfully submitted,

By: *s/Joseph J. Zonies*
Joseph J. Zonies
(CO Atty Registration No. 29539)
ZONIES LAW, LLC
1900 Wazee St, Ste 203
Denver, CO 80202
Phone: (720) 464-5300
Facsimile: (720) 961-9252
jzonies@zonieslaw.com
*Attorney for Plaintiff*