BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

**In re Proton-Pump Inhibitor Products**
**Liability Litigation (II)**                                                                                    **MDL No. 2789**

## NOTICE OF RELATED ACTIONS

Defendant Novartis Consumer Health, Inc. hereby notifies the Judicial Panel on Multidistrict Litigation of the pendency of the following related action:

1. *James Stout v. Takeda Pharmaceutical Company Limited, Takeda Pharmaceuticals USA, Inc., Takeda Pharmaceuticals America, Inc., Takeda Pharmaceuticals International, Inc., Takeda Development Center Americas, Inc., Takeda GMBH, and Novartis Consumer Health, Inc.*, United States District Court for the Eastern District of Tennessee, Case No. 2:17-cv-00093.

Respectfully submitted,

/s/ Stephen J. McConnell
Stephen J. McConnell
REED SMITH LLP
Three Logan Square, Suite 3100
1717 Arch Street
Philadelphia, PA 19103
Phone: (215) 851-8100
Fax: (215) 851-1420
smcconnell@reedsmith.com

*Attorneys for Novartis Consumer Health, Inc.*

Dated:  June 20, 2017