# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT

MDL No. __2789__ & TITLE - IN RE: Proton-Pump Inhibitor Products Liability Litigation (No. II)

1. **Oral Argument** – Check ONE of the following boxes:

   [✓] The attorney designated below shall PRESENT ORAL ARGUMENT at the Panel hearing session on behalf of the designated party or parties. (**Note:** All attorneys presenting oral argument should be mindful of Panel Rule 11.1(d)(i), which states that:

   > Absent Panel approval and for good cause shown, only those parties to actions who have filed a motion or written response to a motion or order shall be permitted to present oral argument.

   Also note that Rule 11.1(e) requires counsel with like positions to confer prior to oral argument for the purpose of selecting a spokesperson to avoid duplication during oral argument.)

   [ ] The party or parties listed hereafter will WAIVE ORAL ARGUMENT pursuant to Rule 11.1(b)(i). (**Note:** A party waiving oral argument need not appear at the hearing session, through counsel or otherwise.)

   [ ] The party or parties listed hereafter will WAIVE ORAL ARGUMENT IF ALL OTHER PARTIES IN THIS MATTER WAIVE ORAL ARGUMENT; otherwise, the attorney designated below shall present oral argument at the Panel hearing session on behalf of the designated party or parties pursuant to Rule 11.1. (**Note:** In the event of a global waiver, the parties and their counsel need not attend the hearing session.)

2. **Position on Centralization** – Check ONE of the following boxes:

   [✓] Support Centralization
   [ ] Oppose Centralization
   [ ] Other _____

3. **Position on Transferee District.** If you SUPPORT Centralization or if you OPPOSE centralization but ALTERNATIVELY SUPPORT Centralization in a particular venue(s), if the Panel orders centralization over your objections, indicate your proposed transferee district(s) here:

   District of New Jersey, or alternatively, the Southern District of Illinois

4. **Change of Position from Written Response** – If your position regarding Centralization or the choice of transferee district has changed from the position set forth in your motion or written response to the motion or order, check the following box: ☐

5. **Parties Represented** – Indicate party name and state whether plaintiff or defendant. Attach list if more than one action:

   Represent Plaintiffs: Sharron Thomas; see attached list

6. **Short Case Caption(s)** – Include District(s) and Civil Action No(s). Attach list if more than one action:

   Sharron Thomas v. Takeda Pharmaceuticals USA, Inc., et al., EDCA No. 1:16-cv-01566; see attached list

7. **Name and Address of Attorney Designated to Present Oral Argument**:

   Paul J. Pennock
   Name

   Weitz & Luxenberg, P.C.
   Law Firm

   New York                                     NY
   City                                         State

   Telephone No.: (212) 558-5549

   Email Address: ppennock@weitzlux.com

   7/7/2017         Paul J. Pennock                    [signature]
   Date             Printed Name                       Authorized Signature

JPML Form 9 (12/15)

**MDL No. 2789 & TITLE - IN RE: PROTON-PUMP INHIBITOR PRODUCTS LIABILITY LITIGATION (No. II)**

Continued:

**SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if more than one action):**

Irma Coleman and James B. Coleman v. AstraZeneca Pharmaceuticals LP, et al.
Southern District of Illinois
3:17-cv-00130

Emma Parker v. Takeda Pharmaceutical Company Ltd.
Northern District of Illinois
1:17-cv-03764

Terry Winters Sr. v. AstraZeneca Pharmaceuticals LP; et al.
Southern District of Illinois
3:17-cv-00535

Glenmore Meeks, Jr. v. AstraZeneca Pharmaceuticals LP, et al.
Eastern District of Kentucky
5:17-cv-00224

Linda Roberts v. AstraZeneca Pharmaceuticals LP; et al.
Eastern District of Kentucky
5:17-cv-00117

Brian Thacker and Janice Thacker v. Proctor & Gamble Company, et al.
Eastern District of Kentucky
7:17-cv-00078

Willie Bush v. AstraZeneca Pharmaceuticals LP; et al.
Western District of Louisiana
6:17-cv-00669

Dinez Davis v. AstraZeneca Pharmaceuticals LP, et al.
Middle District of Louisiana
3:16-cv-00686

Tagi Modicue v. AstraZeneca Pharmaceuticals LP, et al.
Western District of Louisiana
6:16-cv-01444

Gwendolyn Williams v. Proctor & Gamble Company, et al.
Eastern District of Louisiana
2:17-cv-03972

Darlene McGarr v. AstraZeneca Pharmaceuticals LP; et al.
District of Maine
1:17-cv-00183

Kathy Milligan v. AstraZeneca Pharmaceuticals LP; et al.
Eastern District of Missouri
4:17-cv-01546

Anthony Hornfeck v. AstraZeneca Pharmaceuticals LP, et al.
Northern District of New York
5:16-cv-01243

Anita Bellamy v. Takeda Pharmaceutical Company Ltd.
Northern District of Oklahoma
4:17-cv-00289