# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT

MDL No. __2789__ & TITLE - IN RE: __Proton-Pump Inhibitor Products Liability Litigation (No. II)__

1. **Oral Argument** – Check ONE of the following boxes:

   [✔] The attorney designated below shall PRESENT ORAL ARGUMENT at the Panel hearing session on behalf of the designated party or parties. (**Note:** All attorneys presenting oral argument should be mindful of Panel Rule 11.1(d)(i), which states that:

   > Absent Panel approval and for good cause shown, only those parties to actions who have filed a motion or written response to a motion or order shall be permitted to present oral argument.

   Also note that Rule 11.1(e) requires counsel with like positions to confer prior to oral argument for the purpose of selecting a spokesperson to avoid duplication during oral argument.)

   [ ] The party or parties listed hereafter will WAIVE ORAL ARGUMENT pursuant to Rule 11.1(b)(i). (**Note:** A party waiving oral argument need not appear at the hearing session, through counsel or otherwise.)

   [ ] The party or parties listed hereafter will WAIVE ORAL ARGUMENT IF ALL OTHER PARTIES IN THIS MATTER WAIVE ORAL ARGUMENT; otherwise, the attorney designated below shall present oral argument at the Panel hearing session on behalf of the designated party or parties pursuant to Rule 11.1. (**Note:** In the event of a global waiver, the parties and their counsel need not attend the hearing session.)

2. **Position on Centralization** – Check ONE of the following boxes:

   [✔] Support Centralization

   [ ] Oppose Centralization

   [ ] Other _____

3. **Position on Transferee District.** If you SUPPORT Centralization or if you OPPOSE centralization but ALTERNATIVELY SUPPORT Centralization in a particular venue(s), if the Panel orders centralization over your objections, indicate your proposed transferee district(s) here:

   __District of New Jersey or, in the alternative, Eastern District of Pennsylvania__

4.  **Change of Position from Written Response** – If your position regarding Centralization or the choice of transferee district has changed from the position set forth in your motion or written response to the motion or order, check the following box: ☐

5.  **Parties Represented** – Indicate party name and state whether plaintiff or defendant. Attach list if more than one action:

    Defendants Pfizer Inc., Wyeth Pharmaceuticals, Inc., Wyeth, LLC, and Wyeth-Ayerst Laboratories

6.  **Short Case Caption(s)** – Include District(s) and Civil Action No(s). Attach list if more than one action:

    SEE ATTACHED LIST

7.  **Name and Address of Attorney Designated to Present Oral Argument**:

    Loren H. Brown
    Name

    DLA Piper LLP (US)
    Law Firm

    New York                                          NY
    City                                              State

    Telephone No.:  (212) 335-4846

    Email Address:  loren.brown@dlapiper.com

| July 10, 2017 | Loren H. Brown | /s/ Loren H. Brown |
|---|---|---|
| Date | Printed Name | Authorized Signature |

**ATTACHMENT**

**6.      Short Case Captions**

| # | Plaintiff(s) | District | Case No. | Assigned Judge |
|---|---|---|---|---|
| 1 | Dianna Anson | E.D. Pa. | 2:17-cv-00096 | Hon. Gene E.K. Pratter |
| 2 | David Burnett and Marjorie Burnett | E.D. Pa. | 2:17-cv-00097 | Hon. Gene E.K. Pratter |
| 3 | Nickey King and Christi King, h/w | E.D. Pa. | 2:17-cv-00103 | Hon. Gene E.K. Pratter |
| 4 | Jimmie Willingham | E.D. Pa. | 2:17-cv-00095 | Hon. Gene E.K. Pratter |
| 5 | Donald Runyons | E.D. Pa. | 2:17-cv-00155 | Hon. Gene E.K. Pratter |
| 6 | Catherine Segura, Administratrix of the Estate of Kathy Rogers | E.D. Pa. | 2:17-cv-00141 | Hon. Gene E.K. Pratter |
| 7 | Gregory Riley | E.D. Pa. | 2:17-cv-02121 | Hon. Gene E.K. Pratter |
| 8 | Adam J. Ceasar, Jr. | W.D. La. | 2:17-cv-00198 | Hon. Rebecca F. Doherty |
| 9 | Willie Bush | W.D. La. | 6:17-cv-00669 | Hon. Rebecca F. Doherty |
| 10 | Lakeisha Spratt | D. N.J. | 2:16-cv-05523 | Hon. Claire C. Cecchi |
| 11 | Sandra J. Hunter, Individually and as the Representative of the Estate of Larry J. Hunter | D. N.J. | 2:16-cv-08895 | Hon. Claire C. Cecchi |
| 12 | Brenda Jones | D. N.J. | 2:17-cv-03873 | Hon. Claire C. Cecchi |
| 13 | Catherine Segura, Administratrix of the Estate of Kathy Rogers | D. N.J. | 2:17-cv-04295 | Hon. Claire C. Cecchi |
| 14 | Marsha Richards | S.D. Ill. | 3:17-cv-00609 | Hon. David R. Herndon |
| 15 | Cheryl Lear | M.D. Fla. | 3:17-cv-00240 | Hon. Marcia Morales Howard |
| 16 | Linda Sue Burch | D. Md. | 8:17-cv-00970 | Hon. Theodore D. Chuang |
| 17 | Bonnie Donecker | D. Kan. | 6:17-cv-01082 | Hon. John W. Lungstrum |
| 18 | Brian Thacker and Janice Thacker | E.D. Ky. | 7:17-cv-00078 | Hon. Karen K. Caldwell |
| 19 | Gwendolyn Williams | E.D. La. | 2:17-cv-03972 | Hon. Ivan L.R. Lemelle |
| 20 | Annie Averhart, Kristen Boatman, Clyde Brown, Jr., Goldia Earls, Katie Gau, Cave Harris, Marlene Lunsman, Robert Slate, Maria Thomas, Ruth Ulmer, and Kyle Weaver | E.D. Mo. | 4:17-cv-01768 | Hon. Patricia L. Cohen |

BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: PROTON-PUMP INHIBITOR PRODUCTS LIABILITY LITIGATION (NO. II) | MDL No. 2789 |

## PROOF OF SERVICE

I, Loren H. Brown, hereby certify that on July 10, 2017, I caused a true and correct copy of the foregoing Notice of Presentation of Oral Argument to be filed electronically with the Clerk of the Panel using the Judicial Panel on Multidistrict Litigation's CM/ECF system for filing, which will serve and send email notification of such filing to all registered attorneys listed in the attached Service List. I further certify that copies were served by electronic mail on July 10, 2017 to counsel on the attached Service List.

Dated: July 10, 2017

Respectfully submitted,

**DLA PIPER LLP (US)**

By: */s/ Loren H. Brown*
Loren H. Brown
1251 Avenue of the Americas, 45th Floor
New York, NY 10020
Telephone: (212) 335-4500
Fax: (212) 335-4501
loren.brown@dlapiper.com

*Attorneys for Defendants Pfizer Inc., Wyeth LLC, Wyeth Pharmaceuticals Inc., and Wyeth-Ayerst Laboratories*

1

**SERVICE LIST**

Loren H. Brown
Cara D. Edwards
Lucas P. Przymusinski
DLA Piper LLP (US)
1251 Avenue of the Americas, 45th Floor
New York, NY 10020
(212) 335-4500
Fax: (212) 335-4501
loren.brown@dlapiper.com
cara.edwards@dlapiper.com
lucas.przymusinski@dlapiper.com
> Attorneys for Defendants Pfizer Inc., Wyeth LLC, Wyeth Pharmaceuticals Inc., and Wyeth-Ayerst Laboratories

Matthew A. Holian
Katherine B.W. Insogna
DLA Piper LLP (US)
33 Arch Street, 26th Floor
Boston, MA 02110
(617) 406-6009
Fax: (617) 406-6100
matt.holian@dlapiper.com
katie.insogna@dlapiper.com
> Attorneys for Defendants Pfizer Inc., Wyeth LLC, Wyeth Pharmaceuticals Inc., and Wyeth-Ayerst Laboratories

Courtney G. Saleski
Raymond M. Williams
DLA PIPER LLP (US)
One Liberty Place
1650 Market Street, Suite 4900
Philadelphia, PA  19103-7300
(215) 656-3300
Fax: (215) 656-3301
courtney.saleski@dlapiper.com
raymond.williams@dlapiper.com
> Attorneys for Defendants Pfizer Inc., Wyeth LLC, Wyeth Pharmaceuticals Inc., and Wyeth-Ayerst Laboratories

Thiruvendran Vignarajah
DLA PIPER LLP (US)
The Marbury Building
6225 Smith Avenue
Baltimore, MD 21209
410-580-4261
Fax: 410-580-3001
thiru.vignarajah@gmail.com
    Attorney for Defendants Pfizer Inc. and Wyeth Pharmaceuticals Inc.

Fredrick H. L. McClure
DLA PIPER LLP (US)
3111 W. Dr. Martin Luther King Jr. Blvd., Suite 300
Tampa, FL 33607-6233
(813) 229-2111
Fax: (813) 229-1447
fredrick.mcclure@dlapiper.com
    Attorneys for Defendants Pfizer Inc. and Wyeth Pharmaceuticals, Inc.

William B Monk
Kathleen T. Deanda
Stephen D. Polito
STOCKWELL, SIEVERT, VICCELLIO, CLEMENTS & SHADDOCK, LLP
P.O. Box 2900
Lake Charles, LA 70601
337-436-9491
Fax: 337-493-7210
wbmonk@ssvcs.com
ktdeanda@ssvcs.com
sdpolito@ssvcs.com
    Attorneys for Defendant Pfizer Inc.

Douglas B. Maddock, Jr.
Mark C. Hegarty
SHOOK, HARDY & BACON, LLP
2555 Grand Boulevard
Kansas City, MO 64108-2613
(816) 474-6550
Fax: (816) 421-5547
dmaddock@shb.com
mhegarty@shb.com
    Attorneys for Defendant Wyeth Pharmaceuticals Inc.

Stephen C. Matthews
PORZIO BROMBERG & NEWMAN
100 Southgate Parkway
Morristown, NJ 07928
973-538-4006
scmatthews@pbnlaw.com
  Attorneys for Defendant Pfizer Inc.

Steven W. Usdin
BARRASSO,USDIN, KUPPERMAN, FREEMAN & SARVER, LLC
LL&E Tower
909 Poydras St., Suite 2400
New Orleans, LA 70112
504-589-9700
susdin@barrassousdin.com
  Attorneys for Defendants Pfizer Inc. and Wyeth Pharmaceuticals Inc.

Christopher A. Seeger
Daniel R. Leathers
SEEGER WEISS LLP
77 Water Street, 26th Floor
New York, NY 10005
212-584-0700
Fax: 212-584-0799
cseeger@seegerweiss.com
dleathers@seegerweiss.com
  Attorneys for Plaintiff Lakeisha Spratt

Sol H. Weiss
Tracy A. Finken
ANAPOL WEISS
One Logan Square
130 N. 18th St., Suite 1600
Philadelphia, PA 19103
215-735-1130
Fax: 215-875-7701
sweiss@anapolweiss.com
tfinken@anapolweiss.com
  Attorneys for Plaintiffs Dianna Anson, David Burnett and Marjorie Burnett, Nickey King and Christi King, Donald Runyons, Catherine Segura, Jimmie Willingham, Gregory Riley, and Brenda Jones

Gregory M. Feather
FEATHER LAW GROUP, LLC
P.O. Box 126650
Harrisburg, PA 17112
717-877-2100
feather@featherlawgroup.com
    Attorneys for Plaintiff Catherine Segura

Andrew N. Sindler
Law Offices of Andrew N. Sindler, LLC
P.O. Box 1107
Severna Park, MD 21146
(410) 274-4777
Fax: (410) 480-7081
andrewsindler@gmail.com
    Attorney for Plaintiff Linda Sue Burch

Patrick C. Morrow
Jeffrey M. Bassett
Richard T. Haik, Jr.
Taylor J. Bassett
MORROW, MORROW, RYAN, BASSETT & HAIK
P.O. Drawer 1787
Opelousas, LA 70571-1787
337-948-4483
Fax: 337-942-5234
patm@mmrblaw.com
jeffb@mmrblaw.com
richardh@mmrblaw.com
taylorb@mmrblaw.com
    Attorneys for Plaintiff Willie Bush

Christopher L Coffin
PENDLEY BAUDIN & COFFIN
1515 Poydras St., Suite 1400
New Orleans, LA 70112
504-355-0086
Fax: 504-523-0699
ccoffin@pbclawfirm.com
    Attorney for Plaintiff Adam J. Ceasar, Jr.

Nicholas R. Rockforte
Patrick W. Pendley
PENDLEY BAUDIN & COFFIN
P.O. Drawer 71
Plaquemine, LA 70765
225-687-6396
Fax: 225-687-6398
nrockforte@pbclawfirm.com
pwpendley@pbclawfirm.com
    Attorneys for Plaintiff Adam J. Ceasar, Jr.

Kirk J. Goza
GOZA & HONNOLD, LLC
11181 Overbrook Road, Suite #200
Leawood, KS 66211
913-451-3433
Fax: 913-839-0567
kgoza@gohonlaw.com
    Attorney for Plaintiff Bonnie Donecker

Michael A. London
DOUGLAS & LONDON, P.C.
59 Maiden Lane, 6th Floor
New York, New York 10038
(212) 566-7500
Fax: (212) 566-7501
mlondon@douglasandlondon.com
    Attorney for Plaintiffs Bonnie Donecker and Cheryl Lear

Paul J. Pennock
WEITZ & LUXENBERG, P.C.
700 Broadway
New York, NY 10003
212-558-5549
ppennock@weitzlux.com
    Attorney for Plaintiff Gwendolyn Williams

Dianne M. Nast
Daniel N. Gallucci
Joanne E. Matusko
NASTLAW LLC
1101 Market Street, Suite 2801
Philadelphia, PA 19107
(215) 923-9300
Fax: (215) 923-9302
dnast@nastlaw.com
dgallucci@nastlaw.com
jmatusko@nastlaw.com
    Attorneys for Plaintiff Sandra J. Hunter

Brandon L. Bogle
LEVIN, PAPANTONIO, THOMAS, MITCHELL, RAFFERTY & PROCTOR, P.A
316 S. Baylen St., Suite 600
Pensacola, FL 32502
(850) 435-7043
Fax: (850) 435-7020
bbogle@levinlaw.com
    Attorneys for Plaintiff Cheryl Lear

Ronald E. Johnson, Jr.
SCHACHTER, HENDY & JOHNSON PSC
909 Wright's Summit Parkway, Suite 210
Ft. Wright, KY 41011
859-587-4444
Fax: 859-578-4440
rjohnson@pschachter.com
    Attorneys for Plaintiffs Brian Thacker and Janice Thacker

Gerald E. Meunier
M. Palmer Lambert
Michael J. Ecuyer
GAINSBURGH, BENJAMIN, DAVID, MEUNIER & WARSHAUER, LLC
2800 Energy Centre
1100 Poydras St., Suite 2800
New Orleans, LA 70163-2800
504-522-2304
Fax: 504-528-9973
gmeunier@gainsben.com
plambert@gainsben.com
mecuyer@gainsben.com
    Attorneys for Plaintiff Gwendolyn Williams

Joseph J. Zonies
ZONIES LAW LLC
1900 Wazee Street, Suite 203
Denver, CO 80202
(720) 464-5300
Fax: (720) 961-9252
jzonies@zonieslaw.com
    Attorneys for Plaintiffs Gregory Riley and Brenda Jones

Roger C. Denton
SCHLICHTER BOGARD & DENTON, LLP
100 South Fourth Street, Suite 1200
St. Louis, MO 63102
314-621-6115
Fax: 314-621-7151
rdenton@uselaws.com
    Attorneys for Plaintiff Marsha Richards

Jeffrey J. Lowe
CAREY DANIS & LOWE, L.L.C.
8235 Forsyth Boulevard
Suite 1100
St. Louis, MO 63105
314-678-3400
jlowe@careydanis.com
    Attorneys for Plaintiffs Annie Averhart, Kristen Boatman, Clyde Brown, Jr., Goldia Earls, Katie Gau, Cave Harris, Marlene Lunsman, Robert Slate, Maria Thomas, Ruth Ulmer, and Kyle Weaver

Amy K. Fisher
Katherine D. Althoff
John A. Camp
ICE MILLER LLP
One American Square, Suite 2900
Indianapolis, IN 46282-0002
317-236-2385
amy.fisher@icemiller.com
katherine.althoff@icemiller.com
john.camp@icemiller.com
    Attorneys for Defendants AstraZeneca Pharmaceuticals LP and AstraZeneca LP

Glenn P. Callahan
Katelyn Gillece
MCCARTER & ENGLISH LLP
1600 Market Street, Suite 3900
Philadelphia, PA 19103
215-979-3888
Fax: 215-988-4335
kgillece@mccarter.com
gcallahan@mccarter.com
    Attorneys for Defendants AstraZeneca Pharmaceuticals LP and AstraZeneca LP

Makenzie Windfelder
James J. Freebery
MCCARTER & ENGLISH LLP
405 North King St., 8th Floor
Wilmington, DE 19801
302-984-6300
Fax: 302-984-6399
mwindfelder@mccarter.com
jfreebery@mccarter.com
    Attorneys for Defendants AstraZeneca Pharmaceuticals LP and AstraZeneca LP

Debra M. Perry
Gregory J. Hindy
MCCARTER & ENGLISH, LLP
4 Gateway Center
100 Mulberry Street
Newark, NJ 07102
(973) 622-4444
dperry@mccarter.com
ghindy@mccarter.com
    Attorneys for Defendants AstraZeneca Pharmaceuticals LP and AstraZeneca LP

E. Paige Sensenbrenner
Diana C. Surprenant
Lawton C. Callihan
ADAMS & REESE LLP
701 Poydras St., Suite 4500
New Orleans, LA 70139
504-581-3234
Fax: 504-566-0210
paige.sensenbrenner@arlaw.com
diana.surprenant@arlaw.com
cole.callihan@arlaw.com
    Attorneys for Defendants AstraZeneca Pharmaceuticals LP and AstraZeneca LP

Kellen James Mathews
ADAMS & REESE LLP
450 Laurel St., Suite 1900
Baton Rouge, LA 70801
225-336-5200
Fax: 225-336-5220
kellen.mathews@arlaw.com
      Attorneys for Defendants AstraZeneca Pharmaceuticals LP and AstraZeneca LP

Thomas N. Sterchi
Angela M. Higgins
Kara T. Stubbs
BAKER, STERCHI, COWDEN & RICE, LLC
2400 Pershing Road, Suite 500
Kansas City, MO 64108-2504
(816) 471-2121
Fax: (816) 472-0288
sterchi@bscr-law.com
higgins@bscr-law.com
stubbs@bscr-law.com
      Attorneys for Defendants AstraZeneca Pharmaceuticals LP and AstraZeneca LP

Amy D. Fitts
Russell S. Jones, Jr.
Anthony L. Springfield
POLSINELLI PC
900 W. 48th Place
Kansas City, MO 64112
(816) 218-1255
Fax: (816) 222-0425
afitts@polsinelli.com
rjones@polsinelli.com
aspringfield@polsinelli.com
      Attorneys for Defendants The Procter & Gamble Company and Procter & Gamble Manufacturing Company

Gina M. Saelinger
K.C. Green
Jeffrey F. Peck
Frederick M. Erny
ULMER & BERNE LLP
600 Vine Street, Suite 2800
Cincinnatti, OH 45202
513-698-5114
gsaelinger@ulmer.com
kcgreen@ulmer.com
jpeck@ulmer.com
ferny@ulmer.com
> Attorneys for Defendants The Procter & Gamble Company and Procter & Gamble Manufacturing Company

Jason C. Rose
Craig A. Thompson
VENABLE LLP
750 E. Pratt Street, Suite 900
Baltimore, MD 21202
Tel: 410-244-7605
Fax:  410-244-7742
JCRose@Venable.com
CAThompson@Venable.com
> Attorneys for Defendants Takeda Pharmaceuticals USA, Inc., Takeda Pharmaceuticals International Inc., Takeda Global Research & Development Center Inc., Takeda California Inc., Takeda Pharmaceutical Company Limited, Takeda Pharmaceuticals America, Inc., Takeda Development Center Americas, Inc., and Takeda GMBH

Janna S. Nugent
GREENBERG TRAURIG, LLP
Terminus 200
3333 Piedmont Rd. NE, Suite 2500
Atlanta, GA 30305
(561) 650-7962
Fax: (561) 655-6222
nugentj@gtlaw.com
> Attorneys for Defendants Takeda Pharmaceuticals USA, Inc., Takeda Pharmaceuticals International Inc., Takeda Global Research & Development Center Inc., Takeda California Inc., and Takeda Pharmaceutical Company Limited

Jason H. Okleshen
GREENBERG TRAURIG, LLP
777 S Flagler Dr., Suite 300E
West Palm Beach, FL 33401-6167
(561) 650-7900
Fax: (561) 655-6222
okleshenj@gtlaw.com
    Attorneys for Defendants Takeda Pharmaceuticals USA, Inc., Takeda Pharmaceuticals International Inc., Takeda Global Research & Development Center Inc., Takeda California Inc., and Takeda Pharmaceutical Company Limited

Jonathan H. Garside
Jasmine Yasar McCormick
GREENSFELDER, HEMKER & GALE, P.C.
10 South Broadway
Suite 2000
St. Louis, MO 63102
(314) 345-4723
Fax: (314) 241-1265
jgarside@greensfelder.com
jmccormick@greensfelder.com
    Attorneys for Defendant Takeda Pharmaceuticals USA, Inc.

Erin C. Hangartner
Alan D. Weinberger
HANGARTNER, RYDBERG, TERRELL & HART, LLC
One Shell Square
701 Poydras Street, Suite 310
New Orleans, LA 70139
(504) 522-5690
Fax: (504) 581-5983
ehangartner@hanrylaw.com
aweinberger@hanrylaw.com
    Attorneys for Defendants The Procter and Gamble Company and Procter and Gamble Manufacturing Company