BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

---

IN RE PROTON-PUMP INHIBITOR )
PRODUCTS LIABILITY LITIGATION (II)   )   MDL Docket No. 2789

---

## NOTICE OF POTENTIAL TAG-ALONG ACTION

In accordance with Rule 7.1(a) of the Rules of Procedure for the Judicial Panel on Multidistrict Litigation, defendants AstraZeneca Pharmaceuticals LP and AstraZeneca LP, without waiver of service of the complaint, give notice of the potential tag-along action more fully identified in Exhibit 1.

Copies of the docket sheet, notice of removal (without exhibits) and complaint in the action are attached as Exhibit 2.

Dated: December 5, 2018

Respectfully submitted,

*/s/ Arthur E. Brown*
Arthur E. Brown
**ARNOLD & PORTER**
**KAYE SCHOLER LLP**
250 West 55th Street
New York, NY 10019-9710
T: (212) 836-8000
F: (212) 836-8689
arthur.brown@arnoldporter.com

Attorneys for Defendants AstraZeneca Pharmaceuticals LP and AstraZeneca LP