# EXHIBIT 1

## SCHEDULE OF POTENTIAL TAG-ALONG ACTION

| Plaintiff | Defendants | District | Civil Action No. | Judge |
|---|---|---|---|---|
| Kenneth G. Charron | Proctor & Gamble Co., Proctor & Gamble Manufacturing Co., ABC Corporations - 1-10, The Fictitious Names for Unknown Companies and/or Other Business Entities, AstraZeneca LP, AstraZeneca Pharmaceutical LP | E.D. Mo. | 2:18-cv-00106 | Magistrate Judge Nannette A. Baker |